■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE TSANTIS, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County, imposed June 24, 1975. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Cohalan, Acting P. J., Margett, Rabin and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL JONES-EL, Also Known as ALI MUSTAFA TARIQ, Appellant, v SUPERINTENDENT OF GREEN HAVEN CORRECTIONAL FACILITY, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated December 15, 1975, which dismissed the petition. Judgment reversed, on the law and the facts, without costs or disbursements; petition granted with prejudice; and petitioner is restored to parole under the conditions heretofore in effect. The delay of 18 months after arrest and before the final parole revocation hearing, at which petitioner was represented by counsel, was, under the circumstances of this case, improper, notwithstanding an intervening indictment (see *People ex rel. Allah v Warden, Bronx House of Detention,* 47 AD2d 485; *People ex rel. Walsh v Vincent,* 50 AD2d 914). Latham, Acting P. J., Margett, Damiani and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGINALD ROBERT-SON, Appellant, v LEON J. VINCENT, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, pe-titioner appeals from a judgment of the Supreme Court, Dutchess County, dated February 26, 1975, which dismissed the petition. Judgment affirmed, without costs or disbursements. The procedure followed herein did not violate any of petitioner's due process rights. Latham, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.

■ In the Matter of ALBERT LEMISHOW et al., Appellants, v JOSEPH J. PREVITE et al., Constituting the Board of Elections of the City of New York, et al., Respondents.—In a proceeding to invalidate petitions designating respondents Ben Lieblein and others as candidates in the Republican Party Primary Election to be held on April 6, 1976 for the party positions of State committeeman (male) and State committeeman (female) and county commit-teemen in the 28th Assembly District, Queens County, the appeal is from so much of a judgment of the Supreme Court, Queens County, dated March 15, 1976, as denied the application, except with regard to the positions of county committeemen in the 51st, 82nd, 5th and 24th Election Districts, respec-tively. Judgment affirmed, without costs or disbursements. In the absence of the submission of a copy of the transcript of the trial, we would not be warranted in disturbing the findings of Special Term. Martuscello, Acting P. J., Latham, Cohalan and Shapiro, JJ., concur.